UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-23914-CIV-GAYLES/OTAZO-REYES

RONALD EMILIO REYNA, M.D.,
PROFESSIONAL ASSOCIATION, a
Florida corporation (a/a/o JOHN DOE
8),

    Plaintiff,

v.

CELTIC INSURANCE COMPANY d/b/a
AMBETTER FOR SUNSHINE HEALTH,
a foreign corporation,

    Defendant.

_____/

## ORDER

THIS CAUSE came before the Court upon Defendant Celtic Insurance Company d/b/a Ambetter for Sunshine Health's ("Defendant") Notice of Discovery Hearing [D.E. 23]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 15]. The undersigned held a hearing on this matter on May 22, 2020. In accordance with the undersigned's rulings at the hearing, it is ORDERED AND ADJUDGED as follows:

    1.    Plaintiff Ronald Emilio Reyna, M.D., Professional Association ("Plaintiff") shall serve amended responses to Defendant's First Request for Production of Documents omitting language concerning Plaintiff's lack of access to responsive documents due to the closure of Plaintiff's office caused by the COVID-19 pandemic.

    2.    Plaintiff shall amend its response to Request for Production No. 2 to state that there are no responsive documents in its custody, possession or control.

    3.    Plaintiff's work-product privilege claims as to Requests for Production Nos. 3, 4, 7, and

8 and Interrogatory No. 3 are sustained pending disclosure of Plaintiff's expert.

4.   Plaintiff's objections to Requests for Production Nos. 10-13 and 21 and Interrogatories Nos. 1 and 2 are sustained without prejudice, subject to revisiting after Defendant files its Answer and Affirmative Defenses.

5.   Plaintiff's objections to Requests for Production Nos. 5 and 9 and Interrogatory No. 6 are sustained.

6.   Plaintiff shall respond to Request for Production No. 6, subject to the Confidentiality Agreement reached prior to removal of this action, which shall be submitted to the undersigned for execution.

7.   Plaintiff shall respond to Requests for Production Nos. 31-34 by producing its chargemaster for the CPT codes relevant to this action, for the year 2018.  In addition, Plaintiff shall answer Interrogatory No. 4 by describing how those charges were determined, subject to the Confidentiality Agreement.

8.   Defendant shall amend its Request for Production No. 42 to comport with the revised, limited scope of the request, as articulated at the hearing, and Plaintiff shall respond to the request as amended.

DONE AND ORDERED in Chambers at Miami, Florida this 22nd day of May, 2020.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   United States District Judge Darrin P. Gayles
      Counsel of Record