## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

RONALD EMILIO REYNA, M.D.,
PROFESSIONAL ASSOCIATION, a
Florida corporation (o/b/o JOHN DOE 8),

    Plaintiff,

v.

    Case No.: 19-cv-23914

CELTIC INSURANCE COMPANY d/b/a
AMBETTER FROM SUNSHINE
HEALTH, a foreign corporation,

    Defendant.

_____/

### NOTICE OF DISCOVERY HEARING

PLEASE TAKE NOTICE that the following matters will be heard before the Honorable Magistrate Judge Alicia M. Otazo-Reyes on the date and time set forth below:

**PARTIES:** Plaintiff Ronald Emilio Reyna, M.D., P.A. ("Reyna")
Defendant Celtic Insurance Company ("Celtic")

**DATE AND TIME:** Monday, May 17, 2021 at 1:30 pm

**LOCATION:** 301 North Miami Avenue, 10th Floor
Miami, Florida 33132
[Telephonic instructions to be issued]

**DISCOVERY DISPUTE:**

The discovery dispute surrounds a question that Reyna refused to answer at a deposition conducted pursuant to Federal Rule of Civil Procedure 30(b)(6). This case involves a dispute between Reyna and Celtic concerning amounts allegedly owed for medical services rendered by Reyna to a Celtic insured. A central issue is what is the usual, customary, and reasonable (UCR) rates for the services. During the deposition, Celtic asked Reyna to identify the rates it received

for the services in the relevant time frame under a contract with a commercial health insurer, which question fell within one of the deposition examination topics.

Reyna refused to answer the question on grounds that the rate information was protected by a confidentiality provision in its contract with the commercial health insurer.  Celtic contends that this objection is meritless because Celtic has already agreed to treat the rate information as confidential (such that it would not be disclosed beyond this case) or even highly confidential or attorneys' eyes only, pursuant to the protective order already entered in this case.  (*See* ECF No. 74.)

Celtic further contends that the rate information is highly relevant to this case and therefore discoverable, as Reyna seeks "usual and customary provider charges" pursuant to Fla. Stat. § 641.513, which a Florida District Court of Appeal has interpreted as follows:

> In the context of the statute, it is clear what is called for is the fair market value of the services provided.  Fair market value is the price that a willing buyer will pay and a willing seller will accept in an arm's length transaction. [citation omitted.]  In determining the fair market value of the services, it is appropriate to consider the amounts billed and the amounts accepted by providers...

*Baker County Medical Serv., Inc. v. Aetna Health Mgmt., LLC*, 31 So. 3d 842, 845 (Fla. 1st DCA 2010).  Under this definition, the rates Reyna accepts from the commercial health insurer are relevant in this case, as the rates will tend to show the fair market value of the services as between a willing buyer and willing seller at arm's length.  There is further no burden associated with Reyna answering the deposition question, as the answer is already known to Reyna.  Reyna disagrees with Celtic's position, necessitating this hearing.

## CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the parties conferred orally by Zoom on March 16 and 18, 2021 and in writing by email on April 1, 2021 in a good faith effort to resolve the discovery disputes, but were unable to do so.

Dated:  April 14, 2021                                       Respectfully submitted,

*/s/ Dale A. Evans, Jr.*
Dale A. Evans Jr., Esq.
Florida Bar No.:  98496
LOCKE LORD LLP
777 South Flagler Drive
East Tower, Suite 215
West Palm Beach, FL 33401
T:  561-820-0248
dale.evans@lockelord.com

Julie L. Young (pro hac vice)
Bilal Zaheer (pro hac vice)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
T: 312-443-0700
jyoung@lockelord.com
bilal.zaheer@lockelord.com

*Counsel for Defendant Celtic Insurance Company*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of April, 2021, I filed the foregoing Notice of Hearing through the CM/ECF system which will provide a notice of electronic filing to all counsel of record, including:

Cynthia B. Hibnick, Esq.
cbh@lubellrosen.com
Lori A. Sochin, Esq.
las@lubellrosen.com
Lubell Rosen
1 Alhambra Plaza
Suite 1410
Coral Gables, FL 33134

*/s/ Dale A. Evans Jr.*
Dale A. Evans. Jr.