UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-23914-CIV-GAYLES/OTAZO-REYES

RONALD EMILIO REYNA, M.D.,
PROFESSIONAL ASSOCIATION,

    Plaintiff,

v.

CELTIC INSURANCE COMPANY d/b/a
AMBETTER FOR SUNSHINE HEALTH,

    Defendant.
_____/

**ORDER**

THIS CAUSE came before the Court upon Defendant Celtic Insurance Company d/b/a Ambetter for Sunshine Health's Notice of Discovery Hearing [D.E. 75]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 15]. The undersigned held a hearing on this matter on May 17, 2021. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED that Plaintiff Ronald Emilio Reyna, M.D., Professional Association's ("Plaintiff") corporate representative SHALL RESPOND to the question posed at the Rule 30(b)(6) deposition seeking the rates that Plaintiff received for services performed during the relevant time period pursuant to its contract with a commercial health insurer. Plaintiff may seek confidentiality protection for this response pursuant to the terms of the Amended Stipulated Confidentiality and Qualified Protective Order [D.E. 74].

DONE AND ORDERED in Chambers at Miami, Florida this 17th day of May, 2021.

                                                                                         _____
                                                                                         ALICIA M. OTAZO-REYES
                                                                                         UNITED STATES MAGISTRATE JUDGE

cc:     United States District Judge Darrin P. Gayles
        Counsel of Record